IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH A CERTAIN ACCOUNT STORED AT PREMISES OWNED, MAINTAINED, CONTROLLED, OR OPERATED BY APPLE, INC. | Case No.<br><br>**Filed Under Seal** |

**APPLICATION FOR ORDER COMMANDING APPLE, INC.
NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT**

The United States requests that the Court order Apple, Inc. ("Apple") not to notify any person, including the subscriber(s) and customer(s) of the accounts listed in search warrant, docket No. 1:25-mj-00144-JCN, of the existence of the search warrant, until July 16, 2025.

Apple is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Under 18 U.S.C. § 2703, the United States obtained the search warrant, which requires Apple to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id*.

In this case, such an order would be appropriate because search warrant relates to an ongoing criminal investigation that is neither public nor known to the target of the investigation, and its disclosure may alert the target to the ongoing investigation. Accordingly, there is reason to believe that notification of

1

the existence of the warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving the target an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or flee from prosecution. *See* 18 U.S.C. § 2705(b). Also, some of the evidence in this investigation is stored electronically. If alerted to the existence of the warrant, the target could destroy that evidence, including information saved to personal computers, other electronic devices, or cloud storage.

For these reasons, the United States respectfully requests that the Court enter an appropriate Order directing Apple not to disclose the existence or content of the attached warrant until July 16, 2025, except that Apple may disclose the warrant to an attorney for Apple for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to the target of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.

Date: April 17, 2025                    Respectfully submitted,

                                        CRAIG M. WOLFF
                                        ACTING UNITED STATES ATTORNEY

                                        BY: /s/ Chris Ruge
                                        Chris Ruge
                                        Assistant United States Attorney
                                        United States Attorney's Office

202 Harlow Street, Room 111<br>
Bangor, ME 04401<br>
(207) 945-0373<br>
Chris.ruge@usdoj.gov

3