# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH A CERTAIN
ACCOUNT STORED AT PREMISES OWNED,
MAINTAINED, CONTROLLED, OR OPERATED
BY APPLE, INC.

No. 1:25-mc-00210-JCN

**FILED UNDER SEAL**

## ORDER

The United States has submitted a second application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Apple, an electronic communication service provider and/or a remote computing service, not to notify any person, including the subscribers and customers of the account listed in the search warrant, 1:25-mj-00144-JCN, for an Apple Account of the existence of the search warrant, until October 14, 2025.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation, including by giving the target an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or flee prosecution. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Apple shall not disclose the existence of the search warrant issued for Apple Account or this Order of the Court, to the listed subscriber or to any other person, until October 14, 2025, except that Apple may disclose the above-referenced search warrant to an attorney for Apple for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until October 14, 2025, except that the United States may disclose this order in discovery for any case related to the warrant or this application and Order.

Dated this 7th day of July, 2025.

_____
Judge's signature

John C. Nivison U.S. Magistrate Judge
Printed name and title